IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REGINALD SMITH,

      Plaintiff,                    1:06-CV-00749-ALA P

     vs.

DR. PAPPENFUS, et al.,

      Defendants.           <u>ORDER</u>

_____/

     Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

     On April 12, 2007, Plaintiff's complaint was dismissed for failure to state a claim. Plaintiff was granted thirty days to file an amended complaint. On May 17, 2007, Plaintiff filed a motion requesting an extension of time to file his amended complaint. On May 18, 2007, the court granted Plaintiff an additional thirty days to file his amended complaint. On July 30, 2007, Plaintiff had not filed his amended complaint and the magistrate judge assigned to this matter filed findings and recommendations recommending that this matter be dismissed. That filing was returned to the court as undeliverable. Plaintiff has since informed the court of his new address in another matter. However, Plaintiff still has not filed his amended complaint.

     The court has reviewed the file and finds the findings and recommendations to be

1 supported by the record and by the magistrate judge's analysis.

2       Accordingly, IT IS HEREBY ORDERED that Plaintiff's complaint is dismissed
3 with prejudice.

4 DATED: September 24, 2007

                                        /s/ Arthur L. Alarcón
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation