IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REGINALD SMITH,

      Plaintiff,                 1:06-CV-00749-ALA P

    vs.

DR. PAPPENFUS, et al.,

      Defendants.       <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

      On April 12, 2007, Plaintiff's complaint was dismissed for failure to state a claim. Plaintiff was granted thirty days to file an amended complaint. On May 17, 2007, Plaintiff filed a motion requesting an extension of time to file his amended complaint. On May 18, 2007, the court granted Plaintiff an additional thirty days to file his amended complaint. That order was returned to the court as undeliverable.

      On July 30, 2007, Plaintiff had not filed his amended complaint and the magistrate judge assigned to this matter filed findings and recommendations recommending that this matter be dismissed. That filing was also returned to the court as undeliverable. On September 5, 2007, Plaintiff informed the court of his new address in another matter. However, Plaintiff still did not

1 file his amended complaint. On September 24, 2007, this court adopted the findings and
2 recommendations issued on July 30, 2007, and dismissed this matter with prejudice. All orders
3 were served on Plaintiff's address of record.
4     On October 9, 2007, Plaintiff filed a motion to reopen this case. That motion was denied
5 on October 23, 2007. Plaintiff has again filed a motion seeking a reversal of the court's order.
6 For the reasons given in the court's October 23, 2007, order Plaintiff's motion is denied.
7     Accordingly, IT IS HEREBY ORDERED that Plaintiff's November 19, 2007, motion for
8 a reversal is DENIED.
9 /////
10 DATED: November 27, 2007

                                   /s/ Arthur L. Alarcón
                                   UNITED STATES CIRCUIT  JUDGE
                                   Sitting by Designation